UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JERROLD EUGENE DUBOSE,

                Plaintiff,                    ORDER
                                                            24-CV-08254 (NRM) (CHK)

      -against-

RIKERS ISLAND; KIRBY PSYCH; CASE INC.;
KIRBY FORENSIC PSYCH. CENTER; NY
PRESBYTERIAN,

                Defendants.
-----------------------------------------------------------x
NINA R. MORRISON, United States District Judge.

     By Order dated July 29, 2025, the Court denied *pro Se* Plaintiff Jerrold Eugene Dubose's application to proceed *in forma pauperis* ("IFP"). ECF No. 4. Plaintiff was granted fourteen (14) days from the date of entry of this Order to submit a Long-Form IFP application or pay the filing fee. A Long-Form IFP application was forwarded to Plaintiff, and he was directed to return the IFP application to the Court within 14 days, or the action may be dismissed. *Id*. The United States Postal Service returned the letter as undeliverable. ECF No. 5. By Order dated October 2, 2025, Plaintiff was granted an extension of time until October 24, 2025, to file the Long-Form IFP Application, or to pay the $405.00 filing fee. [1] ECF No 6.

     To date, Plaintiff has not complied with the notice of deficient filing or contacted the Court, and the time for doing so has passed.

---

[1] The Court's Order and the attached Long-Form IFP Application, was mailed to the residential address provided by *pro se* Plaintiff, as well as to the email address provided by Plaintiff on page 2 of his Complaint.

Accordingly, the action is dismissed without prejudice.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal. *Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

SO ORDERED.

          */s/ Nina R. Morrison*
          NINA R. MORRISON
          United States District Judge

Dated:    October 29, 2025
           Brooklyn, New York